

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

SEP 0 7 2005

**United States of America**

v.

JUAN ROSARIO
**Defendant**

Case No. 04-211-01-02-M

### REQUEST FOR APPOINTMENT OF COUNSEL

I respectfully request appointment of counsel in connection with the above-referenced criminal matter.

I am financially unable to hire counsel. A completed Financial Declaration is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 9-7-05

_Juan Rosario_
Signature of Defendant

### RULING BY JUDICIAL OFFICER

☑ Request Approved. Appoint counsel.

☐ Request Denied.

Date: 9/7/05

_James R. Muirhead_
U.S. Magistrate Judge

USDCNH-17A (1-04)