UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                                       Case No.  04-cr-211-01-SM

Juan Rosario

## O R D E R

Defendant Rosario's motion to continue the final pretrial conference and trial is granted (document 12). Trial has been rescheduled for the February 2006 trial period. Defendant Rosario shall file a waiver of speedy trial rights not later than January 3, 2006. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** January 18, 2006 at 2:30 p.m.

**Jury Selection**: February 7, 2006 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

December 27, 2005

cc: Stephen Wight, Esq.
    Clyde R.W. Garrigan, AUSA
    US Probation
    US Marshal