UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                      Case No.  04-cr-211-01-SM

Juan Rosario

## O R D E R

Defendant Rosario's motion to continue the final pretrial conference and trial is granted (document 16).  Trial has been rescheduled for the April 2006 trial period.  Defendant Rosario shall file a waiver of speedy trial rights not later than January 31, 2006.  On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

    **Final Pretrial Conference:**  March 24, 2006 at 10:30 a.m.

    **Jury Selection**:  April 4, 2006 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

January 24, 2006

cc: Stephen Wight, Esq.
    Clyde R.W. Garrigan, AUSA
    US Probation
    US Marshal